| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Vescovo, Diane K. | 2. Court or Organization<br><br>Western District of Tennessee | 3. Date of Report<br><br>07/11/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge Fulltime | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>341 Federal Building<br>167 North Main Street<br>Memphis, Tennessee 38103 | *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | University of Memphis Board of Visitors |
| 2. | Director | Federal Magistrate Judges Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Salary - Black McLaren Jones Ryland & Griffee PLC Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | 1st Mortgage on Real Property #1 (Rental) - Destin, FL | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT

Page 4 of 23

**Name of Person Reporting**

Vescovo, Diane K.

**Date of Report**

07/11/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property #1, Destin, FL, Undivided 1 interest | E | Rent | O | R | | | | | |
| 2. Sovereign Inherent Return Fund, L.P. | | None | J | T | Redeemed (part) | 08/31/13 | J | | |
| 3. | | | | | Redeemed (part) | 11/30/13 | J | | |
| 4. 1st Tennessee Bank Accounts | A | Interest | M | T | | | | | |
| 5. Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 6. Northwestern Whole Life | A | Dividend | L | T | | | | | |
| 7. Sun Whole Life | A | Dividend | L | T | | | | | |
| 8. Morgan Keegan Account | | | | | | | | | |
| 9. --Cash Regions FDIC | A | Interest | | | Distributed | 02/19/13 | J | | |
| 10. --Thornburg Limited Term Muni BD Fund Class I | A | Dividend | | | Distributed | 02/19/13 | J | | |
| 11. --Dodge & Cox Income | | None | | | Distributed | 02/19/13 | K | | |
| 12. --PIMCO Total Return Fund P | A | Dividend | | | Distributed | 02/19/13 | J | | |
| 13. --Vanguard Short Term Bond Index Fund | A | Dividend | | | Distributed | 02/19/13 | J | | |
| 14. --iShares Technology Sector IDX Trust Dow Jones US Fund | | None | | | Distributed | 02/19/13 | K | | |
| 15. --iShares Industry Index Trust Dow Jones US | | None | | | Distributed | 02/19/13 | K | | |
| 16. --Nuveen Global Infrastructure I (see Notes) | | None | | | Distributed | 02/19/13 | K | | |
| 17. --Franklin Inc Adv | A | Dividend | | | Distributed | 02/19/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Thornburg Investment Income Builder Fund I | | None | | | Distributed | 02/19/13 | K | | |
| 19.  --Greenhaven Continuous Commodity Index Fund | | None | | | Distributed | 02/19/13 | J | | |
| 20.  --iShares DJ US Energy Sector Index Fund | | None | | | Distributed | 02/19/13 | K | | |
| 21.  --FPA Crescent Fund | | None | | | Distributed | 02/19/13 | K | | |
| 22.  --Ivy Asset Strategy Fund I | | None | | | Distributed | 02/19/13 | K | | |
| 23.  --RS Global Natural Resources | | None | | | Distributed | 02/19/13 | K | | |
| 24.  --Templeton Global Bond Fund Advisor Class | A | Dividend | | | Distributed | 02/19/13 | K | | |
| 25.  --Energy Transfer Partners LP | A | Distribution | | | Distributed | 02/19/13 | J | | |
| 26.  --Energy Transfer Equity | | None | | | Distributed | 02/19/13 | K | | |
| 27.  --Enterprise Product Partners LP | A | Distribution | | | Distributed | 02/19/13 | K | | |
| 28.  --Kinder Morgan Energy Partners LP | A | Distribution | | | Distributed | 02/19/13 | K | | |
| 29.  --Plains All American Pipeline LP | A | Distribution | | | Distributed | 02/19/13 | K | | |
| 30.  --First Trust Financial Alphadex Fun | | None | | | Distributed | 02/19/13 | K | | |
| 31.  --First Trust Health Care Alphadex Fund | | None | | | Distributed | 02/19/13 | K | | |
| 32.  --Fairholme Fund | | None | | | Distributed | 02/19/13 | K | | |
| 33.  --Kinder Morgan, Inc. | A | Dividend | | | Distributed | 02/19/13 | K | | |
| 34.  --Alger Spectra I | | None | | | Distributed | 02/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Federated Strategic Value IS | A | Dividend | | | Distributed | 02/19/13 | K | | |
| 36. --Glenmede Small Cap Equity Institutional Shares | | None | | | Distributed | 02/19/13 | K | | |
| 37. --Oppenheimer Developing Markets | | None | | | Distributed | 02/19/13 | K | | |
| 38. --Prudential Jennison Equity Income Fund CL | | None | | | Distributed | 02/19/13 | K | | |
| 39. --Riverpark/Wedgewood Fund Institutional | | None | | | Distributed | 02/19/13 | K | | |
| 40. --Scout Mid Cap | | None | | | Distributed | 02/19/13 | K | | |
| 41. --SunAmerica Focused Dividend Strategy Port Class A | | None | | | Distributed | 02/19/13 | K | | |
| 42. --PIMCO All Assett All Authority | | None | | | Distributed | 02/19/13 | K | | |
| 43. --EV Energy Partners LP | A | Distribution | | | Distributed | 02/19/13 | K | | |
| 44. --Magellan Midstream Partners LP | A | Distribution | | | Distributed | 02/19/13 | K | | |
| 45. Morgan Keegan IRA Account | | | | | | | | | |
| 46. --Cash Regions FDIC | A | Interest | | | Distributed | 02/19/13 | J | | |
| 47. --Dodge& Cox Income | | None | | | Distributed | 02/19/13 | J | | |
| 48. --PIMCO Total Return Fund P | A | Dividend | | | Distributed | 02/19/13 | J | | |
| 49. --First Trust Financial Alphadex Fund | | None | | | Distributed | 02/19/13 | J | | |
| 50. --First Trust Health Care Alphadex Fund | | None | | | Distributed | 02/19/13 | J | | |
| 51. --First Trust Industrials Producers Durables Alphadex Fund | | None | | | Distributed | 02/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --First Trust Tech Alpha Dex | | None | | | Distributed | 02/19/13 | J | | |
| 53. --Fairholme Fund | | None | | | Distributed | 02/20/13 | K | | |
| 54. --Franklin Inc Adv | A | Dividend | | | Distributed | 02/19/13 | K | | |
| 55. --Thornburg Investment Income Builder Fund I | | None | | | Distributed | 02/19/13 | J | | |
| 56. --Physical Precious Metal ETFS | | None | | | Distributed | 02/19/13 | J | | |
| 57. --First Trust Energy | | None | | | Distributed | 02/19/13 | J | | |
| 58. --Greenhaven Continuous Commodity Index Fund | | None | | | Distributed | 02/19/13 | J | | |
| 59. --FPA Crescent Fund | A | Dividend | | | Distributed | 02/19/13 | J | | |
| 60. --Ivy Asset Strategy Fund I | | None | | | Distributed | 02/19/13 | J | | |
| 61. --RS Global Natural Resources Y | | None | | | Distributed | 02/19/13 | J | | |
| 62. --Templeton Global Bond Fund Advisor Class | A | Dividend | | | Distributed | 02/20/13 | J | | |
| 63. --Alger Spectra I | | None | | | Distributed | 02/19/13 | J | | |
| 64. --Glenmede Small Cap Equity Institutional Shares | | None | | | Distributed | 02/19/13 | K | | |
| 65. --Oppenheimer Developing Markets | | None | | | Distributed | 02/20/13 | J | | |
| 66. --Riverpark/Wedgewood Fund Institutional | | None | | | Distributed | 02/19/13 | J | | |
| 67. --Scout Mid Cap | | None | | | Distributed | 02/21/13 | K | | |
| 68. --PIMCO All Assett All Authority | | None | | | Distributed | 02/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Morgan Keegan Account | | | | | | | | | |
| 70. --Cash Regions FDIC | A | Interest | | | Distributed | 02/19/13 | M | | |
| 71. --iShares Technology Sector IDX Trust Dow Jones US Fund | | None | | | Distributed | 02/19/13 | K | | |
| 72. --iShares Industry Index Trust Dow Jones US | | None | | | Distributed | 02/19/13 | K | | |
| 73. --Nuveen Global Infrastructure I | | None | | | Distributed | 02/19/13 | K | | |
| 74. --Thornburg Investment Income Builder Fund I | | None | | | Distributed | 02/19/13 | K | | |
| 75. --Greenhaven Continuous Commodity Index Fund | | None | | | Distributed | 02/19/13 | K | | |
| 76. --iShares DJ US Energy Sector Index Fund | | None | | | Distributed | 02/19/13 | K | | |
| 77. --Ivy Asset Strategy Fund I | | None | | | Distributed | 02/19/13 | K | | |
| 78. --RS Global Natural Resources | | None | | | Distributed | 02/19/13 | K | | |
| 79. --Energy Transfer Partners LP | A | Distribution | | | Distributed | 02/19/13 | K | | |
| 80. --Energy Transfer Equity | | None | | | Distributed | 02/19/13 | K | | |
| 81. --Enterprise Product Partners LP | A | Distribution | | | Distributed | 02/19/13 | L | | |
| 82. --Kinder Morgan Energy Partners LP | A | Distribution | | | Distributed | 02/19/13 | K | | |
| 83. --Plains All American Pipeline LP | A | Distribution | | | Distributed | 02/19/13 | K | | |
| 84. --First Trust Financial Alphadex Fund | | None | | | Distributed | 02/19/13 | K | | |
| 85. --First Trust Health Care Alphadex Fund | | None | | | Distributed | 02/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Fairholme Fund | | None | | | Distributed | 02/19/13 | K | | |
| 87. --Franklin Inc Adv | A | Dividend | | | Distributed | 02/19/13 | K | | |
| 88. --Kinder Morgan, Inc. | A | Dividend | | | Distributed | 02/19/13 | K | | |
| 89. --Alger Spectra I | | None | | | Distributed | 02/19/13 | K | | |
| 90. --Federated Strategic Value IS | A | Dividend | | | Distributed | 02/19/13 | K | | |
| 91. --Glenmede Small Cap Equity Institutional Shares | | None | | | Distributed | 02/19/13 | K | | |
| 92. --Oppenheimer Developing Markets | | None | | | Distributed | 02/20/13 | K | | |
| 93. --Prudential Jennison Equity Income Fund CL | | None | | | Distributed | 02/19/13 | K | | |
| 94. --Riverpark/Wedgewood Fund Institutional | | None | | | Distributed | 02/19/13 | K | | |
| 95. --Scout Mid Cap | | None | | | Distributed | 02/21/13 | K | | |
| 96. --SunAmerica Focused Dividend Strategy Port Class A | | None | | | Distributed | 02/19/13 | K | | |
| 97. --PIMCO All Assett All Authority | | None | | | Distributed | 02/19/13 | K | | |
| 98. --EV Energy Partners LP | A | Distribution | | | Distributed | 02/19/13 | K | | |
| 99. --Magellan Midstream Partners LP | A | Distribution | | | Distributed | 02/19/13 | K | | |
| 100. Morgan Keegan IRA Account | | | | | | | | | |
| 101. --Cash Regions FDIC | A | Interest | | | Distributed | 02/19/13 | L | | |
| 102. --Thornburg Investment Income Builder Fund I | | None | | | Distributed | 02/19/13 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Templeton Global Income Fund, INC | A | Dividend | | | Distributed | 02/19/13 | J | | |
| 104. --FPA Crescent Fund | B | Dividend | | | Distributed | 02/19/13 | K | | |
| 105. --Dodge & Cox Income | | None | | | Distributed | 02/19/13 | K | | |
| 106. --Loomis Sayles Bond Fund | A | Dividend | | | Distributed | 02/19/13 | K | | |
| 107. --PIMCO Total Return Fund P | A | Dividend | | | Distributed | 02/19/13 | K | | |
| 108. --Vanguard Short Term Bond Index Fund | A | Dividend | | | Distributed | 02/19/13 | K | | |
| 109. --Alger Spectra I | | None | | | Distributed | 02/19/13 | K | | |
| 110. --Fairholme Fund | | None | | | Distributed | 02/19/13 | K | | |
| 111. --Federated Strategic Value IS | A | Dividend | | | Distributed | 02/19/13 | K | | |
| 112. --Glenmede Small Cap Equity Institutional Shares | | None | | | Distributed | 02/19/13 | K | | |
| 113. --Oppenheimer Developing Markets | | None | | | Distributed | 02/19/13 | L | | |
| 114. --Prudential Jennison Equity Income Fund CL | | None | | | Distributed | 02/19/13 | K | | |
| 115. --Riverpark/Wedgewood Fund Institutional | | None | | | Distributed | 02/19/13 | K | | |
| 116. --Scout Mid Cap | | None | | | Distributed | 02/19/13 | K | | |
| 117. --Franklin Inc Adv | A | Dividend | | | Distributed | 02/19/13 | K | | |
| 118. --JP Morgan Alerian MLP Index | | None | | | Distributed | 02/19/13 | K | | |
| 119. --Ivy Asset Strategy Fund I | | None | | | Distributed | 02/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --PIMCO All Assett All Authority | | None | | | Distributed | 02/19/13 | L | | |
| 121. --Osterweis Strategic Income | | None | | | Distributed | 02/19/13 | K | | |
| 122. --Templeton Global Bond Fund Advisor Class | A | Dividend | | | Distributed | 02/19/13 | K | | |
| 123. Raymond James Account | | | | | | | | | |
| 124. --Cash Regions FDIC | A | Interest | J | T | Open | 02/19/13 | J | | |
| 125. --Kinder Morgan, Inc. | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 126. --EV Energy Partners LP | A | Distribution | J | T | Open | 02/19/13 | K | | |
| 127. --Energy Transfer Partners LP | A | Distribution | J | T | Open | 02/19/13 | J | | |
| 128. --Energy Transfer Equity | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 129. --Enterprise Product Partners LP | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 130. --Kinder Morgan Energy Partners LP | A | Distribution | K | T | Open | 02/19/13 | K | | |
| 131. --Magellan Midstream Partners LP | A | Distribution | K | T | Open | 02/19/13 | K | | |
| 132. --Plains All American Pipeline LP | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 133. --Alger Spectra I | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 134. --Dodge & Cox Income | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 135. --FPA Crescent Fund | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 136. --The Fairholme Fund | C | Distribution | K | T | Open | 02/19/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Federated Strategic Value IS | B | Dividend | K | T | Open | 02/19/13 | K | | |
| 138. --Franklin Income Fund | B | Dividend | K | T | Open | 02/19/13 | K | | |
| 139. --Glenmede Small Cap Equity Institutional Shares | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 140. --Oakmark International Fund | A | Dividend | K | T | Buy | 07/09/13 | K | | |
| 141. --Ivy Asset Strategy Fund I | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 142. --Clearbridge Aggressive Growth Fund | A | Distribution | K | T | Buy | 07/09/13 | K | | |
| 143. --Nuveen Global Infrastructure I | B | Dividend | K | T | Open | 02/19/13 | K | | |
| 144. --Oppenheimer Developing Markets Fund | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 145. --PIMCO All Assett All Authority Fund | B | Dividend | K | T | Open | 02/19/13 | K | | |
| 146. --PIMCO Total Return Fund P | A | Dividend | J | T | Open | 02/19/13 | J | | |
| 147. | | | | | Sold (part) | 07/22/13 | J | | |
| 148. --Prudential Jennison Equity Income Fund CL | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 149. --RS Global Natural Resources | A | Distribution | K | T | Open | 02/19/13 | K | | |
| 150. --Riverpark/Wedgewood Fund Institutional | A | Distribution | K | T | Open | 02/19/13 | K | | |
| 151. --Scout Mid Cap | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 152. --SunAmerica Focused Dividend Strategy Port Class A | B | Dividend | K | T | Open | 02/19/13 | K | | |
| 153. --Templeton Global Bond Fund Advisor Class | A | Dividend | K | T | Open | 02/19/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Thornburg Investment Income Builder Fund I | B | Dividend | K | T | Open | 02/19/13 | K | | |
| 155. --First Trust ETF Financial Alphadex Fund | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 156. --First Trust Health Care Alphadex Fund | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 157. --iShares U.S. Tech ETF | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 158. --iShares U.S. Inds ETF | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 159. --iShares U.S. Energy ETF | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 160. --Thornburg Limited Term Muni BD Fund Class I | A | Dividend | | | Open | 02/19/13 | J | | |
| 161. | | | | | Sold | 07/11/13 | J | A | |
| 162. --Vanguard Short Term Bond Index Fund | A | Dividend | | | Open | 02/19/13 | J | | |
| 163. | | | | | Sold | 07/09/13 | J | | |
| 164. --Greenhaven Continuous Commodity Index Fund | | None | | | Open | 02/19/13 | J | | |
| 165. | | | | | Sold | 07/11/13 | J | A | |
| 166. Raymond James IRA Account | | | | | | | | | |
| 167. --Cash | A | Interest | J | T | Open | 02/19/13 | J | | |
| 168. --Alger Spectra Fund | | None | J | T | Open | 02/19/13 | J | | |
| 169. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 170. --Dodge& Cox Income Fund | A | Dividend | J | T | Open | 02/19/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --ETFS Precious Metal Basket Physical | | None | J | T | Open | 02/19/13 | J | | |
| 172. --FPA Crescent Fund | A | Dividend | J | T | Open | 02/19/13 | J | | |
| 173. --The Fairholme Fund | | None | K | T | Open | 02/20/13 | K | | |
| 174. --First Trust ETF Energy Alphadex Fund | A | Dividend | J | T | Open | 02/19/13 | J | | |
| 175. --First Trust ETF Financial Alphadex Fund | A | Dividend | J | T | Open | 02/19/13 | J | | |
| 176. --First Trust Health Care Alphadex Fund | A | Dividend | J | T | Open | 02/19/13 | J | | |
| 177. --First Trust ETF Industrials Prod Durable | A | Dividend | J | T | Open | 02/19/13 | J | | |
| 178. --First Trust ETF Technology Alphadex | A | Dividend | J | T | Open | 02/19/13 | J | | |
| 179. --Franklin Income Fund Advisor Class | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 180. --Glenmede Small Cap Equity Institutional Class | | None | K | T | Open | 02/19/13 | K | | |
| 181. --Oakmark International Fund | A | Dividend | J | T | Buy | 07/11/13 | J | | |
| 182. --Ivy Asset Strategy Fund I | A | Dividend | J | T | Open | 02/19/13 | J | | |
| 183. --Oppenheimer Developing Markets | A | Dividend | J | T | Open | 02/20/13 | J | | |
| 184. --PIMCO All Assett All Authority | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 185. --PIMCO Total Return Fund Class P | A | Dividend | J | T | Open | 02/19/13 | J | | |
| 186. --RS Global Natural Resources Y | | None | J | T | Open | 02/19/13 | J | | |
| 187. --Riverpark/Wedgewood Fund Institutional | | None | J | T | Open | 02/19/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 189. --Scout Mid Cap Fund | A | Dividend | K | T | Open | 02/21/13 | K | | |
| 190. --Sunamerica Focused Dividend Strategy Fund | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 191. --Templeton Global Bond Fund Advisor Class | A | Dividend | J | T | Open | 02/20/13 | J | | |
| 192. --Thornburg Investment Income Builder Fund I | A | Dividend | K | T | Open | 02/19/13 | J | | |
| 193. --Greenhaven Continuous Commodity Index Fund | | None | | | Open | 02/19/13 | J | | |
| 194. | | | | | Sold | 07/11/13 | J | A | |
| 195. Raymond James Account | | | | | | | | | |
| 196. --Cash Regions FDIC | A | Interest | K | T | Open | 02/19/13 | M | | |
| 197. --Kinder Morgan, Inc. | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 198. --Williams Companies, Inc. | | None | K | T | Buy | 09/27/13 | K | | |
| 199. --EV Energy Partners LP | A | Distribution | J | T | Open | 02/19/13 | K | | |
| 200. --Energy Transfer Partners LP | A | Distribution | K | T | Open | 02/19/13 | K | | |
| 201. --Energy Transfer Equity | B | Distribution | L | T | Open | 02/19/13 | K | | |
| 202. --Enterprise Product Partners LP | B | Distribution | L | T | Open | 02/19/13 | L | | |
| 203. --Kinder Morgan Energy Partners LP | A | Distribution | K | T | Open | 02/19/13 | K | | |
| 204. --Magellan Midstream Partners LP | A | Distribution | K | T | Open | 02/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Plains All American Pipeline LP | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 206. --Alger Spectra I | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 207. --The Fairholme Fund | C | Distribution | K | T | Open | 02/19/13 | K | | |
| 208. --Federated Strategic Value IS | B | Dividend | K | T | Open | 02/19/13 | K | | |
| 209. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 210. | | | | | Buy (add'l) | 08/09/13 | J | | |
| 211. --Franklin Income Fund | B | Dividend | K | T | Open | 02/19/13 | K | | |
| 212. --Glenmede Small Cap Equity Institutional Shares | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 213. --Oakmark International Fund | A | Dividend | L | T | Buy | 07/09/13 | K | | |
| 214. | | | | | Buy (add'l) | 08/09/13 | J | | |
| 215. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 216. --Ivy Asset Strategy Fund I | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 217. --Clearbridge Aggressive Growth Fund | A | Distribution | K | T | Buy | 07/09/13 | J | | |
| 218. | | | | | Buy (add'l) | 08/09/13 | J | | |
| 219. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 220. --Nuveen Global Infrastructure I | B | Dividend | K | T | Open | 02/19/13 | K | | |
| 221. --Oppenheimer Developing Markets Fund | A | Dividend | L | T | Open | 02/19/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 223. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 224.  --PIMCO All Assett All Authority Fund | B | Dividend | K | T | Open | 02/19/13 | K | | |
| 225.  --Principal Global Diversified Income Fund | A | Dividend | K | T | Buy | 07/11/13 | J | | |
| 226. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 227. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 228.  --Prudential Jennison Equity Income Fund CL | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 229. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 230. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 231.  --RS Global Natural Resources | A | Distribution | K | T | Open | 02/19/13 | K | | |
| 232.  --Riverpark/Wedgewood Fund Institutional | A | Distribution | K | T | Open | 02/19/13 | K | | |
| 233.  --Scout Mid Cap | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 234.  --SunAmerica Focused Dividend Strategy Port Class A | B | Dividend | K | T | Open | 02/19/13 | K | | |
| 235. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 236.  --Thornburg Investment Income Builder Fund I | B | Dividend | K | T | Open | 02/19/13 | K | | |
| 237.  --First Trust ETF Financial Alphadex Fund | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 238.  --First Trust Health Care Alphadex Fund | A | Dividend | L | T | Open | 02/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --iShares U.S. Tech ETF | A | Dividend | L | T | Open | 02/19/13 | K | | |
| 240. --iShares U.S. Inds ETF | A | Dividend | L | T | Open | 02/19/13 | K | | |
| 241. --iShares U.S. Energy ETF | A | Dividend | L | T | Open | 02/19/13 | K | | |
| 242. --Neurberger Berman Long Short Fund Class A | A | Distribution | K | T | Buy | 07/11/13 | J | | |
| 243. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 244. --Greenhaven Continuous Commodity Index Fund | | None | | | Open | 02/19/13 | K | | |
| 245. | | | | | Sold | 09/27/13 | J | A | |
| 246. Raymond James IRA Account | | | | | | | | | |
| 247. --Cash | A | Interest | J | T | Open | 02/19/13 | L | | |
| 248. --Alger Spectra Fund | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 249. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 250. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 251. --Dodge& Cox Income Fund | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 252. --FPA Crescent Fund | B | Dividend | L | T | Open | 02/19/13 | K | | |
| 253. --The Fairholme Fund | C | Distribution | K | T | Open | 02/20/13 | K | | |
| 254. --Federated Strategic Value Dividend Fund | B | Dividend | K | T | Open | 02/19/13 | K | | |
| 255. --Franklin Income Fund Advisor Class | B | Dividend | K | T | Open | 02/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. --Glenmede Small Cap Equity Institutional Class | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 257. --Oakmark International Fund | B | Dividend | K | T | Buy | 07/09/13 | J | | |
| 258. | | | | | Buy (add'l) | 08/09/13 | J | | |
| 259. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 260. | | | | | Buy (add'l) | 11/05/13 | K | | |
| 261. --Ivy Asset Strategy Fund I | A | Dividend | K | T | Open | 02/19/13 | J | | |
| 262. --Clearbridge Aggressive Growth Fund I | A | Distribution | K | T | Buy | 07/09/13 | J | | |
| 263. | | | | | Buy (add'l) | 08/09/13 | J | | |
| 264. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 265. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 266. --Loomis Sayles Bond Fund Retail Class | B | Dividend | K | T | Open | 02/19/13 | K | | |
| 267. --Oppenheimer Developing Markets | A | Dividend | L | T | Open | 02/20/13 | L | | |
| 268. --PIMCO All Assett All Authority | B | Dividend | K | T | Open | 02/19/13 | L | | |
| 269. | | | | | Sold (part) | 07/19/13 | K | | |
| 270. --PIMCO Total Return Fund Class P | A | Dividend | K | T | Open | 02/19/13 | K | | |
| 271. --Principal Global Diversified Income Fund | A | Dividend | K | T | Buy | 07/11/13 | J | | |
| 272. | | | | | Buy (add'l) | 08/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 274. --Osterweis Strategic Income Fund | B | Dividend | K | T | Open | 02/19/13 | K | | |
| 275. --Prudential Jennison Equity Income Fund | B | Distribution | K | T | Open | 02/19/13 | K | | |
| 276. --Riverpark/Wedgewood Fund Institutional | A | Distribution | K | T | Open | 02/19/13 | K | | |
| 277. | | | | | Buy (add'l) | 07/09/13 | J | | |
| 278. | | | | | Buy (add'l) | 08/09/13 | J | | |
| 279. --Scout Mid Cap Fund | B | Distribution | K | T | Open | 02/21/13 | K | | |
| 280. --Sunamerica Focused Dividend Strategy Fund | B | Distribution | K | T | Buy | 07/11/13 | J | | |
| 281. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 282. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 283. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 284. --Templeton Global Bond Fund Advisor Class | A | Dividend | K | T | Open | 02/20/13 | K | | |
| 285. --Thornburg Investment Income Builder Fund I | C | Dividend | K | T | Open | 02/19/13 | L | | |
| 286. | | | | | Sold (part) | 07/11/13 | K | B | |
| 287. --Wells Fargo Advantage Absolute Return Fund | A | Distribution | K | T | Buy | 11/07/13 | K | | |
| 288. --Templeton Global Income Fund | A | Dividend | J | T | Open | 02/20/13 | J | | |
| 289. --JP Morgan Alerian MLP Index Bond | | None | L | T | Open | 02/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 291. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 292. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 293. --Neuberger Berman Long Short Fund Class A | A | Distribution | K | T | Buy | 07/11/13 | J | | |
| 294. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 295. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 296. --Vanguard Short Term Bond Index Fund | A | Dividend | | | Open | 02/19/13 | K | | |
| 297. | | | | | Sold | 07/09/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1:  Property was purchased on 8/31/04 for the purchase price of $645,000.

Lines 8, 45, 69, 100, 123, 166, 195, and 246:  These are "header" lines, thus columns B through D are left blank.

Lines 147, 163, 269 and 297:  There was a realized loss on the sales of these securities, thus no code is required in Column D4.

Lines 8 - 297:  All assets held in Morgan Keegan accounts were transferred to Raymond James accounts in 2013, and all Morgan Keegan accounts were closed. The incoming rolled-over assets are designated as "Open" in Column D1 Transaction Type, as they were not a purchase or a spin-off (the only other options for acquired assets).   The outgoing rolled-over assets are designated as "Distributed" in Column D1 Transaction Type, as there is not a more appropriate selection. There were no losses or gains recognized on the transfer of these assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Diane K. Vescovo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544